⸫AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

                              DISTRICT OF       MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Mister Michael SMITH<br>DOB: 04/14/1983<br>196 Jasper Street 1st floor<br>Springfield, MA 01109<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: 04mj 686-KPN |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __12/22/2004__ in __Hampden__ County, in
                                   (Date)
the _____ District of __Massachusetts__ defendant(s) did,

*(Track Statutory Language of Offense)*

Travel in interstate commerce with the intent to avoid prosecution under the laws of Massachusetts for the offenses of MURDER, and Assault and Battery with a Dangerous Weapon, a knife.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __CI Deputy US Marshal__ and that this complaint is based on the
                                  Official Title
following facts:

Please see attached affidavit

Continued on the attached sheet and made a part of this complaint:    x  Yes    ☐ No

                                                                Gary W Mattison CI DUSM
                                                                Signature of Complainant

                                                               GARY W MATTISON CI DUSM
                                                              Printed Name of Complainant

Sworn to before me and signed in my presence,

__December 27, 2004__                           at     __Springfield, Mass.__
Date                                                                        City and State

__Kenneth P. Neiman, U.S.M.J.__                                                 /s/ Kenneth P. Neiman
Name and Title of Judge                                                           Signature of Judge

AFFIDAVIT

I, Gary N Mattison having been sworn duly hereby depose and state:

1. I am a Criminal Investigator Deputy United States Marshal with the United States Marshals Service, and have been so employed for approximately nine years. I am currently assigned to the Springfield Massachusetts division, and conduct various criminal investigations including fugitive investigations.

2. On December 23, 2004 Sgt. Divine, Springfield Massachusetts Police Department Homicide Division, requested the assistance of the United States Marshals Service Springfield Division in locating Mister Michael SMITH, who is believed to have fled the State of Massachusetts to avoid prosecution for a felony offense.

3. On December 23, 2004 Mister Michael Smith was charged with Murder, and Assault and Battery with a Dangerous Weapon, a knife. A copy of the Springfield Police Departments incident report, as well as a copy of the arrest warrant has been attached for review.

4. Sgt. Divine has advised this office that the Hampden County District Attorneys Office will extradite Smith if he is apprehended outside of the District of Massachusetts. Information developed by the Springfield Police Department indicates that SMITH was driving a gold Chevrolet Malibu sedan at the time of the murder. The vehicle was observed as having Conncticut license plates. I obtained phone records from T-Mobile (target number 413-364-3681) on 12/23/2004 by utilizing a letterhead from the Springfield Police Department which explained the urgency of obtaining the records in lieu of a court order (please see attached for your review). These Phone records indicate that the target number of 413-364-3681 is subscribed to by Mister Michael Smith (SS# 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, 196 Jasper Street 1st. Floor Springfield Massachusetts 01109). The records also indicate that SMITH has been in contact

1529 ABC.

96307
0538-1223. J397-S

SMITH,MISTER
Commonwealth of Massachusetts - Criminal Justice Information System
Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT of the person named herein as contained in the Warrant Management System and printed via Criminal Justice Information System.
This Warrant Printed as of 15:29 on 12/23/04

Defendant Information:
    Name: SMITH,MISTER                           SSN: 010546345
    Address: 175 JASPER STREET                   Race: B      Sex: M
             1 ST FLR                            Hair: XXX    Eyes: XXX
    City: SPRINGFIELD          MA 01109          Weight:      Height: 5'25"
                                                 Complexion:  Marks:
    Date of Birth: 04/14/1983 Place of Birth: MA Date of Emancipation: 03/22/20
    Father:                                   Mother:
    Known Alias:                                                Ref No: W0403252

    License No: S473L1952                        Misc No:
    License State: MA         Obtn No:           CS No:

Warrant Information:                                           Docket: 0423CR012244
    Issue Date: 12/23/2004  Court of Issue: 23  - SPRINGFIELD DISTRICT
        Type: S - STRAIGHT                                          USCIs
    Date of Complaint: 12/23/2004
        Offense Date: 12/22/2004  Offense Location: SPRINGFIELD

*************************** Charges ***************************
    Count    Offense Code                       Description
    1   F    265/15A/B                          A&B WITH DANGEROUS WEAPON    c265 s15A
    1   F    265/1                              MURDER c265 s1

Court Information: NOT TO APPEAR UNLESS ARRESTED
Assigned for Service To: SR4 - SPRINGFIELD P.D. - D
Warrant printed by:    UM2 - US MARSHAL - SPRINGFIELD
                                                      Fine Amount:
Officer Name:                                         Bail Amount:
Judge's Name:
Return Date/Time: 02/22/2002 00:00    Recall Date/Time: 02/22/2002 00:00


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The Court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.

Return of Service:  By virtue of this warrant, I certify that:

        ____ The defendant has been arrested as ordered by the court.
        ____ I am returning the warrant without service to the court.

_____  _____  _____  _____
Date of Arrest   Signature of Person  Title of Person   Department
                 Making Service       Making Service    If different

| CRIMINAL COMPLAINT POLICE COPY | DOCKET NUMBER 0423CR012244 | PAGE 1 of 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME & ADDRESS | COURT NAME & ADDRESS |
|---|---|
| MISTER M. SMITH<br>196 JASPER STREET<br>1 RST FLR<br>SPRINGFIELD, MA 01109 | SPRINGFIELD DISTRICT COURT<br>50 STATE STREET<br>SPRINGFIELD, MA 01103-2002<br>()- |

| DEFENDANT DOB | OFFENSE DATE | DATE COMPLAINT ISSUED | NO. OF COUNTS | FIRST SCHEDULED EVENT |
|---|---|---|---|---|
| 04/14/1983 | 12/22/2004 | 12/23/2004 | 2 | |

| POLICE DEPARTMENT | POLICE INCIDENT NUMBER | FIRST SCHEDULED EVENT DATE & TIME |
|---|---|---|
| SPRINGFIELD P.D. - D | | |

| OFFENSE ADDRESS | OFFENSE CITY / TOWN | ROOM / SESSION |
|---|---|---|
| SPRINGFIELD | SPRINGFIELD | |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 265/15A/A | A&B WITH DANGEROUS WEAPON c265 §15A(b) |

On 12/22/2004 did, by means of a dangerous weapon, a A KNIFE, assault and beat TERRILL BEASLEY, in violation of G.L. c.265, §15A(b). (PENALTY: state prison not more than 10 years; or house of correction not more than 2½ years; or not more than $5000 fine; or both such fine and imprisonment. District Court has final jurisdiction under G.L. c.218, § 26.)

| 2 | 265/1 | MURDER c265 §1 |
|---|---|---|

On 12/22/2004 did assault and beat TERRELL BEASLEY, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION)

| SIGNATURE OF COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X | | DATE |
|---|---|---|---|
| NAME OF COMPLAINANT | A TRUE COPY ATTEST: | CLERK-MAGISTRATE/ASST.CLERK<br>X | DATE |

Date / Time Printed 12/23/2004 8:45am

# Springfield Police Department
## Warrant Report

Warrant #: 04-1290-WA
Incident #: 04-23042-OF

Page: 1
12/27/2004

Requesting Officer: OFFICER ANTHONY PIOGGIA
Application Date: 12/22/2004
Warrant for: MISTER SMITH

## # SUSPECT(S)

| # | Name/Address | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SMITH, MISTER M<br>196 JASPER ST<br>SPRINGFIELD MA | M | B | 21 | 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 | 413-733-0189 |

BODY: NOT AVAIL.
DOB: 04/14/1983
LICENSE NUMBER: NOT AVAIL.
COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: UNKNOWN

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| SMITH | MISTER | M | NOT AVAIL | NOT AVAIL |
| SMITH | MICHAEL | M | 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 | 04/14/1983 |
| SMITH | MISTER | M | NOT AVAIL | 04/14/1983 |

## # OFFENSE(S)

A/C  STATE LAW

LOCATION TYPE: Parking Lot/Garage
2ND CIRCLE BY GREEN UTILITY BOX
CANON CIR
SPRINGFIELD MA

Zone: Sector I3 16Acr/Outer Bel

1  **A&B WITH DANGEROUS WEAPON**
   OCCURRED: 12/22/2004  1342         C   265   15A
   WEAPON/FORCED USED: Knife/Cutting Instrument
   AGGR. ASSAULT/HOMICIDE: Unknown Circumstances

2  **MURDER**
   OCCURRED: 12/22/2004  0000         C   265   1
   WEAPON/FORCED USED: Knife/Cutting Instrument
   AGGR. ASSAULT/HOMICIDE: Argument

## # VICTIM(S)

| # | Name/Address | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BEASLEY, TERRILL K<br>115 GARFIELD ST<br>SPRINGFIELD MA | M | B | 25 | 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 | 413-782-2292 |

DOB: 05/18/1979
INJURIES: Unconsciousness
ETHNICITY: Unknown
RESIDENT STATUS: Resident
TAKEN TO: BAYSTATE MEDICAL CENTER
TAKEN BY: AMERICAN MEDICAL RESPON
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: SMITH MISTER          Acquaintance

## # PERSON(S)

| # | Name/Address | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | BEASLEY, DORIAN J<br>115 GARFIELD ST<br>SPRINGFIELD MA | WITNESS | M | B | 21 | 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 | 413-782-2292 |

DOB: 11/16/1983

Springfield Police Department
NARRATIVE FOR OFFICER ANTHONY PIOGGIA

Page: 1
12/27/2004

Ref: 04-1290-WA

Sir,

At approx. 1:30pm this date (12-22-04) the victim Terrill Beasley and his brother Dorian Beasley went to the area of 230 Canon Circle to purchase marijuana. At that location Dorian encountered a known subject with whom he had a prior fight with. This subject is a white male named "Louie". At this time Dorian and "Louie" fought. After the fight other subjects from the area attacked Dorian and Terrill. Dorian observed a known subject named Mister Smith approach Terrill while armed with a knife. Dorian observed as Smith attacked Terrill with the knife. Dorian then observed Terrill fall to the ground and Smith fled. Dorian and Terrill then escaped to their m/v which was parked nearby. They then fled the area. Upon leaving the area they discovered that Terrill had suffered a stab wound to his upper left chest. They stopped the m/v at Wilb and Bradley and requested assistance.

AMR responded and found Terrill Beasley in the m/v. He was unresponsive and appeared to be pulseless. Terrill was then transported to the BSMC and brought into the trauma room. ER Doctor's found that Terrill had suffered a stab wound to the heart. They were able to reactivate the heart after which he was brought to the OR. Terrill Beasley was then brought to ICU. At approx. 8:40pm, this date (12-22-04) Terrill Beasley succumbed to his wounds and was pronounced dead by Dr. Loki Skylizard. The preliminary cause of death was due to the stab wound to his chest/heart.

Dorian Beasley came to the DB. A photo array was assembled which contained an image retrieved from the registry of Mister Smith. This array contained eight images of black males which was printed one image per page. This array was

Springfield Police Departme  
NARRATIVE FOR OFFICER ANTHONY PIOGGIA

Page: 2  
12/27/2004

Ref: 04-1290-WA

presented to Dorian Beasley to view. Dorian sat across the desk from Sgt's Devine and Meleady. Sgt Devine turned over one page at a time for Dorian to view. To image number one Dorian replied "not him". To image number two "not him". To image number 3 "that's him, that's Mister, he lives on Jasper St". To images 4 through 8 Dorian replied "no". Dorian then signed the identified image of Mister Smith and then gave a detailed statement regarding the assault.

We are requesting the complaint for Murder and Assault and Battery W/A Dangerous Weapon. We are requesting the warrant due to the serious nature of the case. We also request a high bail.

```
                    Springfield Police Department                    Page: 1
                            Incident Report                       12/23/2004

        Incident #: 04-23042-OF
        Call #: 202
```

```
           Date/Time Reported: 12/22/2004 1342
            Report Date/Time: 12/22/2004 1500
            Occurred Between: 12/22/2004 1330-12/22/2004 1342
                      Status: Incident Open
           Reporting Officer: OFFICER LEON MOULTRIE
           Assisting Officer: OFFICER ANTHONY PIOGGIA
           Approving Officer: SERGEANT KEVIN DEVINE

                   Signature: _____
```

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SMITH, MISTER M<br>196 JASPER ST<br>SPRINGFIELD MA | M | B | 21 | 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 | 413-733-0189 |

```
           BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
            DOB: 04/14/1983          PLACE OF BIRTH: NOT AVAIL.
 LICENSE NUMBER: NOT AVAIL.               ETHNICITY: UNKNOWN
```

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| SMITH | MISTER | M | NOT AVAIL | NOT AVAIL |
| SMITH | MICHAEL | M | 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 | 04/14/1983 |
| SMITH | MISTER | M | NOT AVAIL | 04/14/1983 |

| # | OFFENSE(S) | | A/C | STATE | LAW |
|---|---|---|---|---|---|

```
 LOCATION TYPE: Parking Lot/Garage      Zone: Sector I3 16Acr/Outer Bel
 2ND CIRCLE BY GREEN UTILITY BOX
 CANON CIR
 SPRINGFIELD MA
```

| 1 | A&B WITH DANGEROUS WEAPON | | C | 265 | 15A |
|---|---|---|---|---|---|

```
            OCCURRED: 12/22/2004   1342
   WEAPON/FORCED USED: Knife/Cutting Instrument
 AGGR. ASSAULT/HOMICIDE: Unknown Circumstances
```

| 2 | MURDER | | C | 265 | 1 |
|---|---|---|---|---|---|

```
            OCCURRED: 12/22/2004   1330
   WEAPON/FORCED USED: Knife/Cutting Instrument
 AGGR. ASSAULT/HOMICIDE: Argument
```

Springfield Police Department
Incident Report

Page: 2
12/23/2004

Incident #: 04-23042-OF
Call #: 202

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BEASLEY, TERRILL K<br>115 GARFIELD ST<br>SPRINGFIELD MA<br>DOB: 05/18/1979<br>INJURIES: Unconsciousness<br>ETHNICITY: Unknown<br>RESIDENT STATUS: Resident<br>TAKEN TO: BAYSTATE MEDICAL (SPRINGFIELD)<br>TAKEN BY: AMERICAN MEDICAL RESPON<br>TREATED BY: Dr. Loki Skylizard<br>TREATED DATE: 12/22/2004 @ 2040<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1  2<br>RELATION TO: SMITH MISTER      Acquaintance | M | B | 25 | 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 | 413-782-2292 |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | BEASLEY, DORIAN J<br>115 GARFIELD ST<br>SPRINGFIELD MA<br>DOB: 11/16/1983 | WITNESS | M | B | 21 | 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 | 413-782-2292 |

...ARATIVE FOR OFFICER LEON MOULTRI...

12/23/2004

Ref: 04-23042-OF

I was dispatched to Wilbraham Rd and Bradley Rd the Shell gas station at approximately 1352 hours on 12-22-04 for a serious assault. The dispatcher informed me that the American Medical Response Ambulance crew was calling stating that they had a stabbing victim and the assailant might be was present. Upon my arrival on scene I was informed by the ambulance crew that the victim's brother, informed them that his brother had been stabbed. One of the ambulance crew also informed me they had removed the victim from the front passenger seat of a tan Mitsubishi with New Hampshire plates. The same ambulance crew member also informed me that the brother operating the car informed them he would meet them at Baystate Medical Center. The brother left the scene operating the car before my arrival. I was unable to speak with the victim because he was unconscious in the ambulance receiving treatment for the chest wound he had sustained.

The Victim was transported to Baystate Medical Center Emergency Room by American Medical Response Ambulance crew for treatment.

Our Detective Bureau responded to scene and Sergeant T. Meleady and Detectives J. Goldrick and E. Sierra took over the investigation.

# Springfield Police Department
## Detective Bureau

ATTN: T-MOBIL:

   THE SPFLD POLICE DEPARTMENT DETECTIVE BUREAU IS INVESTIGATING THE MURDER OF TERRILL BEASLEY WHICH OCCURRED YESTERDAY 12-22-2004, IN SPFLD. THE VICTIM WAS INVOLVED IN A FIGHT IN, WHICH HE WAS STABBED BY A MISTER M. SMITH OF 196 JASPER ST. DOB-04-14-1983, SS#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. THE STAB WOUND RESULTED IN THE DEATH OF MISTER BEASLEY. MR. BEASLEY'S BROTHER DORIAN BEASLEY WAS ALSO INVOLVED IN THE FIGHT. DORIAN IS CURRENTLY GETTING DEATH THREATS FROM MISTER SMITH FOR TALKING TO THE POLICE ABOUT THE INCIDENT IN, WHICH RESULTED IN A MURDER WARRANT BEING ISSUED BY SPFLD DISTRICT COURT.
   WE ARE ASKING FOR YOUR ASSISTANCE FROM YOU ALONG WITH THE U.S. MARSHALL'S OFFICE IN TRYING TO PREVENT A POSSIBLE THREAT OF ANOTHER POTENTIAL HOMICIDE. WE FEEL THAT THERE IS EXIGENT CIRCUMSTANCES WITH THIS CASE AND WOULD APPRECIATE ANY AND ALL ASSISTANCE WITH THIS CASE.
   MISTER SMITH IS MAKING THESE PHONE CALLS TO DORIAN BEASLEY WITH HIS T-MOBIL PHONE NUMBER 413-364-3681.

           DET. STEVEN C. TATRO
           SPFLD POLICE HOMICIDE UNIT

Due to the exigency of this investigation, the US MARSHALS SERVICE is unable to obtain a court order for records re: T-Mobile # 413-364-3681 at this time. The US MARSHALS SERVICE will obtain the order within 48 hrs and present it to the T-mobile Law Enforcement Group. Thank you for your assistance.

GARY MATTISON
CI DEPUTY US MARSHAL
TASK Force Coordinator
(413) 452-3700/3705
(413) 246-2819