AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Mister Michael SMITH
DOB: 04/14/1983

**WARRANT FOR ARREST**

Case Number: 04 mj 686 - KPN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Mister Michael SMITH _____
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  x Complain  ☐ Order of court  ☐ Violation        ☐ Probation Violation Petition

charging him or her        (brief description of offense)

Unlawful Flight to Avoid Prosecution for the Offenses of MURDER, and Assault and Battery with a Dangerous
Weapon, a knife.

in violation of _____ 18 _____ United States Code, Section(s) _____ 1073 _____

Kenneth P. Neiman
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

Kenneth P. Neiman
Signature of Issuing Officer

December 27, 2004        Springfield Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |