UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
    v.                   )   CASE NO. 04-mj-686-KPN
                         )
Mister Smith             )
    Defendant.           )

GOVERNMENT'S MOTION TO DISMISS
CRIMINAL COMPLAINT AND ARREST WARRANT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves to dismiss the criminal complaint and the arrest warrant issued by this Court on December 27, 2004. In support of this motion the government states:

1. On December 27, 2004, this Court issued a complaint charging Mister Smith ("Smith") with moving and traveling in interstate and foreign commerce with intent to avoid prosecution for a felony offense in Massachusetts, in violation of 18 U.S.C. § 1073. An arrest warrant was issued the same day.

2. Smith has since been arrested in the State of Pennsylvania, and returned to Massachusetts.

3. In light of Smith's arrest and return to Massachusetts to face prosecution on state charges, there is no need for the pending criminal complaint and arrest warrant in this Court.

WHEREFORE, the government respectfully requests that the Court dismiss the criminal complaint and arrest warrant issued on

December 27, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

by: _____
     Paul Hart Smyth
     Assistant U.S. Attorney

Dated: February 7, 2005