UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )     Cr. No. 04-mj-686 (KPN)<br>)<br>MISTER SMITH              )<br>       Defendant.        ) | FILED<br>IN CLERK'S OFFICE<br><br>2005 FEB -7 P 12: 25<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned criminal complaint because the Defendant has been arrested and therefore no further purpose is served by the continued sealing of said complaint.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                           By:     _____
                                   PAUL HART SMYTH
                                   Assistant U.S. Attorney


Date:     February 7, 2005